UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) Docket no. 2:19-cr-00200-GZS |
| DONNA PAGNANI, | ) <br> ) <br> ) |
| Defendant. | ) |

**ORDER ON MOTION TO REVOKE DETENTION ORDER**

In accordance with 18 U.S.C. § 3145(b), Defendant Donna Pagnani has filed the pending Motion to Revoke Detention Order (ECF No. 104). For reasons briefly explained herein, the Court DENIES the Motion.

On August 10, 2020, the Court held a conference of counsel at which all counsel agreed that the Court should decide the Motion without further supplementation of the record or briefing. The Court has conducted a *de novo* review of all of the briefing (ECF Nos. 87-89, 91 & 98-101) including the transcripts of all of the recent proceedings before the Magistrate Judge (ECF Nos. 106-108). Based on that review, the Court concurs with the conclusions of the Magistrate Judge as set forth orally at the conclusion of the July 28, 2020 hearing (ECF No. 106) and as further reiterated in the August 11, 2020 Detention Order (ECF No. 111). Therefore, Defendant's Motion is hereby DENIED, and she shall remain detained in accordance with the Magistrate Judge's Detention Order.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 13th day of August, 2020.